USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERITEC, INC., | |
|               Plaintiff, | 25-CV-5468(VM) |
| - against - | **ORDER** |
| MAXOR NATIONAL PHARMACY SERVICES CORP. | |
|               Defendant. | |

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since August 7, 2025. At that time, the Court granted Plaintiff's request for an extension until August 11, 2025, to submit its pre-motion response letter pursuant to this Court's Individual Practice II.B. (See Dkt. No. 16.) Accordingly, it is hereby

**ORDERED** that Plaintiff inform the Court, within five (5) days of the date of this Order, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings.

**SO ORDERED.**

Dated:    September 12, 2025
             New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.