USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2025

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
VERITEC, INC.,

                    Plaintiff,

       - against -

MAXOR NATIONAL PHARMACY SERVICES CORP.,

                    Defendant.
```

25-CV-5468 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Court is in receipt of Plaintiff's September 17, 2025, letter (Dkt. No. 19) and Defendant's September 18, 2025, letter (Dkt. No. 20). The parties appear to disagree as to the status of this action. Accordingly, it is herby

**ORDERED** that Plaintiff inform the Court, within five (5) days of the date of this Order, clarifying the status of this action and Plaintiff's intention with regard to further proceedings at this time in view of settlement efforts.

**SO ORDERED.**

Dated:    19 September 2025
          New York, New York

_____
Victor Marrero
U.S.D.J.