USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERITEC, INC.,

                Plaintiff,

- against -

MAXOR NATIONAL PHARMACY SERVICES CORP.,

                Defendant.

25-CV-5468 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Plaintiff's September 22, 2025, letter. (Dkt. No. 22.) The Court directs the parties to stay motion practice and scheduling procedures during settlement discussions. The parties shall inform the court by October 6, 2025, as to the status of settlement.

    Additionally, Plaintiff's letter confirmed its consent to dismissal of its account stated claim. (See Dkt. No. 19; Dkt. No. 22.) Accordingly, Plaintiff's account stated claim is hereby **DISMISSED** without prejudice.

**SO ORDERED.**

Dated:    23 September 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.