```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VERITEC, INC.,

                Plaintiff,

- against -

MAXOR NATIONAL PHARMACY SERVICES CORP.,

                Defendant.

**25-CV-5468 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Plaintiff's October 6, 2025, letter informing the Court that the parties were unable to resolve this matter via settlement discussions. (Dkt. No. 24.) Plaintiff's letter also states that Defendant intends to file a motion to dismiss. (<u>Id.</u>)

Having reviewed the letters submitted to the Court, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to submit a proposed briefing schedule for Defendant's contemplated motion to dismiss within ten (10) days of the date of this Order.

**SO ORDERED.**

Dated:     7 October 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.