USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/14/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VERITEC, INC.,

                    Plaintiff,

         - against -

MAXOR NATIONAL PHARMACY SERVICES CORP.,

                    Defendant.

**25-CV-5468 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The parties are directed to submit a joint letter within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:      14 May 2026
            New York, New York


                                    _____
                                        Victor Marrero
                                          U.S.D.J.